# United States District Court

United States District Court
Southern District of Texas
FILED

AUG 1 2 2013

David J. Bradley, Clerk

SOUTHERN _____ DISTRICT OF _____ TEXAS _____
McAllen Division

UNITED STATES OF AMERICA
V.
**Dulce Olivia DIMAS**
A206 181 648
YOB: 1991
COC: United States

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: M-13-1455-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __August 10, 2013__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

**Refer to Attachment A**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Juan R. Cienega**
Printed Name of Complainant

Approved By: *K. Leo*

**August 12, 2013**  9:58 a.m. at **McAllen, Texas**
Date                                    City and State
**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer        Signature of Judicial Officer

# Attachment A

The defendant Dulce Olivia DIMAS, a United States citizen, attempted to bring illegally into the United States through the Hidalgo Port of Entry alien child A.G.M. (male, 1 year old), a citizen of Mexico, as a United States citizen. At pedestrian primary, she claimed the child as her son and a United States citizen. To back her claim, she presented a City of Houston, Texas birth certificate belonging to her true son M.A.A.D. The defendant and the child were referred into secondary for further inspection.

In secondary, the defendant claimed to have traveled to Mexico by bus the day prior to attend her grandfather's funeral and was now en-route home to Houston. After further inspection, the defendant went on to admit to the child not being her son. She stated she had picked up the child at the bus station in Reynosa, Tamaulipas, Mexico and that the child's mother was actually sitting in the lobby area. The defendant identified Rocio MARTINEZ-Vasquez, who had been referred into secondary separately for further inspection. Mrs. MARTINEZ was escorted into an interview room for questioning.

Initially, Mrs. Martinez denied being the child's mother. After further inspection, she admitted that the child was in fact hers. She went on to state her cousin had given her the defendant's telephone number, after she had expressed the need to have her child brought into the United States illegally. She claimed she contacted the defendant, made arrangements to meet at the Reynosa bus station on 08/10/2013, and had traveled together to the Port of Entry. Prior to them getting to the primary inspection area, the defendant took custody of the child and told her that she was going to walk with him, present documentation belonging to her true son, and claim the child as her own. Under sworn statement, Mrs. MARTINEZ stated the defendant was going to charge her $1,500 dollars, of which $750.00 dollars had already been paid electronically by her mother. Mrs. MARTINEZ also stated the defendant had told her she would travel with her to Houston, Texas where she would need the rest of the money. Once there, the defendant was to help her get a bus to Tennessee.

Database queries revealed A.G.M. has no legal status in the United States. He was returned to Mexico in the company of his mother.